IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JERRY L. WILLIAMS,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH ARPAIO,<br><br>      Defendant. | CIV 06-00945 PHX PGR MEA<br><br>REPORT AND RECOMMENDATION<br>FOR DISMISSAL WITHOUT PREJUDICE |

**TO THE HONORABLE PAUL G. ROSENBLATT:**

        Plaintiff filed his complaint on April 3, 2006. On May 15, 2006, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by June 4, 2006. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

        Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 120 days of the date he filed his complaint, by July 31, 2006, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District Court for the District of Arizona Local Rules of Civil

Procedure.

On August 2, 2007, the Court allowed Plaintiff until August 31, 2007, to show cause why this case should not be dismissed for Plaintiff's failure to comply with the Court's order of May 15, 2006, and Plaintiff's failure to effect service of process on Defendant as required by the Court's order of May 15, 2006, and Rule 4, Federal Rules of Civil Procedure. Plaintiff has failed to show cause for his failure to abide by the Court's orders and to effect service of process on Defendant.  There is no indication in the civil docket in this matter that Plaintiff did not receive the Order to Show Cause.

**THEREFORE**, **IT IS RECOMMENDED that** this case be dismissed without prejudice for Plaintiff's failure to serve the Defendant in this matter and for Plaintiff's failure to comply with the Court's order of May 15, 2006.

DATED this 15th day of October, 2007.

_____
Mark E. Aspey
United States Magistrate Judge