**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Jerry L. Williams,                    )
                                      )
                Plaintiff,            )          No. CV-06-0945-PHX-PGR (MEA)
        vs.                           )
                                      )
Joseph Arpaio,                        )                    ORDER
                                      )
                Defendant.            )
                                      )

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Aspey notwithstanding that the petitioner has not filed any objection to it[1], the Court finds that the Magistrate Judge correctly concluded that this action should be dismissed without prejudice due to the plaintiff's failure to return the service packet by June 4, 2006, as ordered by the Court on May 15, 2006 (doc. #6), and due to the plaintiff's failure to show cause by August 31, 2007, as

---

[1]        Although the copy of the Report and Recommendation mailed to the plaintiff at his address of record was returned by the U.S. Postal Service as undeliverable because the plaintiff no longer resided there and no forwarding address was available (doc. #9), the Court notes that the plaintiff was specifically warned in the Court's order entered on May 15, 2006 (doc. #6) that it was his responsibility to keep the Court notified of his current mailing address and that his failure to do so could result in the dismissal of this action pursuant to Fed.R.Civ.P. 41(b).

ordered by the Magistrate Judge on August 2, 2007 (doc. #7), why this action should not be dismissed for his failure to comply with the Court's order of May 15th and for his failure to effect timely service of process.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #8) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m) and Fed.R.Civ.P. 41(b).  The Clerk of the Court shall enter judgment accordingly.

DATED this 27th day of November, 2007.


Paul G. Rosenblatt
United States District Judge